IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clorox Spain S.L.,<br><br>*Petitioner*,<br><br>v.<br><br>The Bolivarian Republic of Venezuela,<br><br>*Respondent*. | **Civil Action No. 1:24-cv-02060-SLS** |

**JOINT STATUS REPORT REGARDING THE STATUS OF THE PARTIES' CONFIDENTIAL CONDITION PRECEDENT**

Petitioner Clorox Spain S.L. ("Petitioner") and Respondent the Bolivarian Republic of Venezuela ("Respondent" or the "Republic," and together with Petitioner, the "Parties"), by and through their undersigned counsel, respectfully submit the following joint report in accordance with the Court's April 1, 2026 Minute Order directing the Parties "to file a further joint status report by June 1, 2026, unless a decision in the Appellate Action is rendered before that date." Apr. 1, 2026 Minute Order. As no decision has yet issued in the Appellate Action, the Parties hereby submit this confirmatory joint status report.

As discussed in the Parties' Joint Consent Motion to Stay Proceedings, ECF No. 19, Petitioner commenced arbitration proceedings against Respondent pursuant to Article XI of the Agreement Between the Kingdom of Spain and the Republic on the Reciprocal Promotion and Protection of Investments under the 2010 UNCITRAL Arbitration Rules, administered by the Permanent Court of Arbitration, with the legal seat of arbitration in Geneva, Switzerland. Pet. to Enforce Arbitration Award 7, ECF No. 1. On August 9, 2023, the arbitral tribunal issued a final award in favor of Petitioner (the "Award"). *Id.* at 8. On July 16, 2024, Petitioner filed this action in the United States District Court for the District of Columbia seeking recognition and

enforcement of the Award pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 and the Federal Arbitration Act, 9 U.S.C. §§ 201–08. *See id.*

On December 10, 2025, the Parties informed this Court that the Parties had agreed in principle to the Partial Settlement Agreement. ECF No. 19, at 2.[1] The Parties further informed the Court that specific terms of the Partial Settlement Agreement depend in part on the outcome of ongoing litigation on appeal (the "Appellate Action"). *Id.* Should the appellate court presiding over the Appellate Action affirm the lower court's decision, the Parties have agreed to file a stipulation of judgment confirming Petitioner's Award in this case. On November 25, 2025, Appellant in the Appellate Action filed its brief. On December 24, 2025, Appellee in the Appellate Action filed its response brief. On January 16, 2026, Appellant filed its reply brief. On February 23, 2026, oral argument was held before the appellate court.

That court has not yet issued a decision in the Appellate Action since the latest update the parties provided in the Joint Status Report filed on March 30, 2026. While it is difficult to predict with certainty when the appellate court will issue its decision, based on publicly available statistics, the median time between oral argument and the appellate court's issuance of a written decision is approximately six months. A review of the appellate court's recent opinions found the average time from argument to decision to be slightly more than five months. As of the date of this filing, approximately three months have elapsed since oral argument. Accordingly, based on historical figures and anecdotal information collected, the Parties continue to anticipate that a decision in the Appellate Action is likely to be rendered in or around August 2026.

---

[1] The agreement in principle was subsequently executed on December 12, 2025.

Dated: June 1, 2026

*/s/ Miguel A. Estrada*
Miguel A. Estrada
D.C. Bar #456289
mestrada@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, DC 20036
Telephone: 202.955.8500

Rahim Moloo (*pro hac vice forthcoming*)
N.Y. Bar #4628616
rmoloo@gibsondunn.com
Jason W. Myatt *(pro hac vice)*
N.Y. Bar #4450599
jmyatt@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue New York, NY 10166
Telephone: 212.351.4000

*Attorneys for Petitioner Clorox Spain S.L.*

*/s/ Ephraim "Fry" Wernick*
Ephraim "Fry" Wernick
D.C. Bar #497158
**VINSON & ELKINS, LLP**
2200 Pennsylvania Avenue NW
Suite 500 West Washington, D.C. 20037
Telephone: (202) 639-6500
Email: ewernick@velaw.com

Camilo Cardozo (*pro hac vice forthcoming*)
N.Y. Bar # 3984010
Jose F. Sanchez (*pro hac vice*)
N.Y. Bar # 4819082
**VINSON & ELKINS, LLP**
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0000
Email: ccardozo@velaw.com

*Counsel for Respondent, the Bolivarian Republic of Venezuela*