AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Clorox Spain S.L.,
*Plaintiff*
v.
The Bolivarian Republic of Venezuela,
*Defendant*

Case No. 1:24-cv-02060-SLS

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bolivarian Republic of Venezuela .

Date: 07/22/2026

s/ M. Andres Sanchez Ross
*Attorney's signature*

Miguel Andres Sanchez Ross TX0127
*Printed name and bar number*

Parker Sanchez & Donnelly, PLLC
700 Louisiana Street, Suite 4520
Houston, TX 77002
*Address*

andres@psd.law
*E-mail address*

(713) 659-7200
*Telephone number*

(713) 659-7203
*FAX number*